IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELISSA BAKER CARTWRIGHT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:12-cv-00805<br>)<br>) Judge Nixon |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) Magistrate Judge Brown<br>)<br>) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Melissa Baker Cartwright's Motion for Judgment on the Administrative Record ("Motion for Judgment") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing the Motion for Judgment. (Doc. No. 15.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion for Judgment be denied. (Doc. No. 16 at 21.) The Report was filed on September 5, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion for Judgment (Doc. No. 12) and **AFFIRMS** the decision of the Commissioner. Also pending before the Court is the Commissioner's Motion for a Stay Because of Lapse of Appropriations ("Motion to Stay"). (Doc. No. 17.) The Motion to Stay is hereby **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _16_ day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT